### 1765.  ATLANTA, BIRMINGHAM & ATLANTIC RAILROAD CO. *v.* ALLEGOOD.

HILL, C. J.  The exceptions of law are without substantial merit. This is the second verdict for the plaintiff, and it is fully supported by the evidence. No reason appears for a third trial.     *Judgment affirmed.*

Action for damages, from city court of Moultrie—Judge McKenzie.  February 3, 1909.

Argued May 5,—Decided October 5, 1909.

*Rosser & Brandon; Colquitt & Conyers, J. A. Wilkes,* for plaintiff in error. *Shipp & Kline,* contra.